1  Danny J. Horen, Esq.
2  NV Bar No. 13153
   Kazerouni Law Group, APC
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Telephone: (800) 400-6808x7
5  Facsimile: (800) 520-5523
6  danny@kazlg.com

7  *Attorneys for Plaintiff*

8
                **UNITED STATES DISTRICT COURT**
9                    **DISTRICT OF NEVADA**
10

11 **GEORGE W. TYREE,**                    **Case No.: 2:15-cv-00426-LDG-GWF**

12        Plaintiff**,**

13           v.                             **STIPULATION OF DISMISSAL OF
                                            DEFENDANT EXPERIAN
14 **OCWEN LOAN SERVICING,                  INFORMATION SOLUTIONS, INC.**
   LLC, BANK OF AMERICA,**
15 **N.A., SYNCB/CARE CREDIT,**
   **and EXPERIAN**
16
   **INFORMATION SOLUTIONS,**
17 **INC.,**

18        Defendants.
19

20

21

22

23

24

25

26

27

28

---

**STIPULATION OF DISMISSAL**

1

2    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff

3

4    GEORGE   W.   TYREE   ("Plaintiff"),   and   EXPERIAN   INFORMATION

5    SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss

6    **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's

7    claims against Experian. Each party will bear its own costs, disbursements, and

8
     attorney fees.
9

10   Dated: November 5, 2015

11

12

13   KAZEROUNI LAW GROUP              JONES DAY

14

15    /s/ Danny J. Horen _____      /s/  Alyssa Staudinger
     Danny Horen, Esq.                Alyssa Staudinger, Esq.
16   7854 W. Sahara Avenue            3161 Michelson Drive, Suite 800
     Las Vegas, NV 89117              Irvine, CA 92612
17   800-400-6808                     949.553.7523
     Email: danny@kazlg.com           Email: astaudinger@jonesday.com
18   Attorney for Plaintiff           Attorney for Experian
19

20

21
     IT IS SO ORDERED:
22

23   Experian is Dismissed from the instant matter, with Prejudice.

24

25
     DATED: 6   November 2015   _____
26                              UNITED STATES DISTRICT COURT JUDGE
27                              Lloyd D. George

28

---

**STIPULATION OF DISMISSAL**                                    2